**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re:<br>Cheryl A Bergeron<br><br>            Debtor<br>_____/ | Chapter 13<br>Case Number 16-40924<br>Honorable Elizabeth D. Katz |

Stipulation entered into 16th day of June, 2017 by and between Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. and Cheryl A Bergeron ("Debtor") (collectively, the "Parties").

    WHEREAS, Federal National Mortgage Association ("Fannie Mae"), filed Proof of Claim #5 on or about October 6, 2016 and Debtor filed an objection to such on or about November 8, 2016.

    WHEREAS, Fannie Mae filed an Objection to Confirmation of Amended Plan on or about February 9, 2017

    WHEREAS, the parties hereto have reached a compromise regarding the above described controversy.

    NOW, THERFORE, the parties hereto, by their respective attorneys, hereunto duly authorized, do hereby stipulate and agree:

1. Federal National Mortgage Association shall file an Amended Proof of Claim within 30 days of the court's approval of this Stipulation.

2. Debtor shall file a further Amended Plan within 30 days of the filing of the Amended Proof of Claim.

SIGNATURE PAGE TO FOLLOW

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
By its Attorney

/s/ Michael Swain
Michael Swain, Esq.  676513
Orlans PC
PO Box 540540
Waltham, MA 02454
Phone: (781) 790-7800
Fax: (781) 790-7801
Email: bankruptcyNE@orlans.com
File Number: 16-006636

Debtor By Their Attorney,

/s/ Richard S. Ravosa
Richard S Ravosa
40 Jackson Street, Suite 1020
Worcester, Massachusetts 01608
Phone: 508-755-3202
Fax: 508-205-0740
Email: