UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:
Cheryl A Bergeron

Chapter 13
Case Number 16-40924
Honorable Elizabeth D. Katz

Debtor

_____/

**ORDER APPROVING STIPULATION**

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., by and through its attorney, having filed a Joint Motion to Approve Stipulation, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Joint Motion to Approve Stipulation is hereby granted.

~~At _____ this _____ day of _____, 2013~~

The hearing on the Objection to Claim [Docket #56] set for June 21, 2017 is canceled.

_____    06/20/2017
Elizabeth D. Katz
U.S. BANKRUPTCY JUDGE