UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re )<br>)<br>CHERYL A. BERGERON, )<br>)<br>Debtor(s) )<br>) | Chapter 13<br>Case No. 16-40924-EDK |

**MOTION OF CHAPTER 13 TRUSTEE
FOR ORDER DISMISSING CASE
<u>NOTICE OF BAR DATE OBJECTIONS/RESPONSES</u>**

Now comes the Chapter 13 trustee (the "Trustee") and respectfully moves that this court enter an Order dismissing this case and in support thereof states as follows:

1. On May 26, 2016, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On July 8, 2016, the Trustee convened and presided at a §341 meeting of creditors.

3. The Trustee was unable to recommend confirmation of the Debtor's plan.

4. The Debtor is in arrears according to the terms of the proposed plan totaling $6,375.00 representing four (4) monthly payments. Pursuant to §1326(a)(1) of the Code, the Debtor is to commence plan payments within 30 days of the filing of the plan. Failure to do so is grounds for dismissal pursuant to 11 U.S.C. §1307( c)(4) of the Code.

5. On June 19, 2017, the Debtor and Federal National Mortgage Association ("FNMA") entered into a Stipulation to resolve FNMA's Objection to Confirmation and the Debtor's Objection to FNMA's proof of claim (the "Stipulation"). The Stipulation provides FNMA would file an amended proof of claim by July 20, 2017 and the Debtor was to file an amended plan

within thirty (30) days of the filing of an amended proof of claim. FNMA has failed to file an amended proof of claim and hence, the Debtor has not filed an amended plan. As such, the Debtor has failed to achieve confirmation. Failure to achieve confirmation is grounds for dismissal pursuant to 11 U.S.C. §1307( c)(1) as it is an unreasonable delay which is prejudicial to creditors.

6. **Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof.** If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully submitted,
Office of the Chapter 13 Trustee

Dated: 6/5/18

/s/ Joanne Psilos
Denise M. Pappalardo, Trustee BBO # 553293
Joanne Zoto Psilos, Staff Attorney BBO #556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| | ) |
| CHERYL A. BERGERON, | ) Chapter 13 |
| | ) Case No. 16-40924-EDK |
| Debtor(s) | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within was sent to the Debtor, Debtor's counsel of record, and those parties who filed an appearance by first class mail, postage prepaid.

Dated: 6/5/18

/s/ Joanne Zoto Psilos
Denise M. Pappalardo, Trustee BBO # 553293
Joanne Zoto Psilos, Staff Attorney BBO #556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

## SERVICE LIST

RICHARD S. RAVOSA, ESQ.
1 SOUTH AVENUE, STE. 1
NATICK, MA 01760-4600

CHERYL A. BERGERON
99 COUNTRY CLUB DRIVE
WHITINSVILLE, MA 01588

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| | ) |
| CHERYL A. BERGERON, | ) Chapter 13 |
| | ) Case No. 16-40924-EDK |
| Debtor(s) | ) |

### ORDER DISMISSING CASE

The Motion of the Chapter 13 Trustee for Order dismissing case having come before this Court, no objections having been filed, notice and an opportunity for a hearing having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

_____
U.S. Bankruptcy Judge

Dated: _____