UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
|  | ) | CASE NO. 16-40924-EDK |
| CHERYL A. BERGERON, | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

## **MOTION TO EXTEND DEADLINE**

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now comes the Debtor Cheryl A. Bergeron ("Debtor"), and respectfully moves this

Honorable Court to grant this Motion to Extend the deadline to file a Response to the Chapter 13

Trustee's, ("Trustee") Motion to Dismiss, filed on June 5, 2018.

As reason therefore, the Debtor respectfully requests an extension of the deadline of ten (10)

days to file a Response to the Trustee's Motion, to allow the Debtor additional time to provide

evidence of the amount owed to secured creditor Federal National Mortgage Association to Counsel,

so that the issues raised in the Trustee's Motion may be addressed appropriately.

*WHEREFORE*, the Debtor respectfully requests that this Honorable Court grant this motion.

Respectfully submitted,

The Debtor,
Cheryl A. Bergeron

By her attorney,

/s/ Richard S. Ravosa
Richard S. Ravosa, Esquire
Massachusetts Bankruptcy Center
One South Avenue
Natick, MA 01760
(508)-655-3013
(617) 720-1104 (fax)

BBO No. 635846

Dated:  June 29, 2018

massachusettsbankruptcycenter@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I, Richard S. Ravosa, Esq., counsel for the Debtor, Cheryl A. Bergeron, hereby certify that on this 29th day of June, 2018, served the foregoing *Motion to Extend* by causing a true copy thereof to be delivered electronically to:

**16-40924 Notice will be electronically mailed to:**

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

David T. Mazzuchelli on behalf of Creditor Massachusetts Department of Revenue
mazzucheld@dor.state.ma.us

Denise M. Pappalardo
denisepappalardo@ch13worc.com, paper@mab.uscourts.gov

Richard S. Ravosa on behalf of Debtor Cheryl A Bergeron
massachusettsbankruptcycenter@gmail.com, mcote.worcesterlawcenter@gmail.com

Michael E. Swain on behalf of Creditor Federal National Mortgage Association
bankruptcy@orlansmoran.com, Michael@attorneyswain.com;ANHSOM@4stechnologies.com

Michael E. Swain on behalf of Creditor Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
bankruptcy@orlansmoran.com, Michael@attorneyswain.com;ANHSOM@4stechnologies.com

Michael E. Swain on behalf of Creditor Seterus, Inc.
bankruptcy@orlansmoran.com, Michael@attorneyswain.com;ANHSOM@4stechnologies.com

Dated: June 29, 2018

/s/ Richard S. Ravosa
RICHARD S. RAVOSA