UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Cheryl A Bergeron                    Chapter 13
                                     Case Number 16-40924
　　　　Debtor                        Honorable Elizabeth D. Katz

_____/

**STIPULATION**

Stipulation entered into July 5, 2019 by and between U.S. Bank Trust National Association, As Trustee Of Bungalow Series F Trust and Cheryl A Bergeron ("Debtor") (collectively, the "Parties").

WHEREAS, U.S. Bank Trust National Association, As Trustee Of Bungalow Series F Trust is the holder of the Note and Mortgage on real property located at 99 Country Club Drive, Northbridge, MA 01588.

WHEREAS, on December 18, 2018, U.S. Bank Trust National Association, As Trustee Of Bungalow Series F Trust filed a motion in the above-captioned bankruptcy case requesting relief from the automatic stay as to the real property at 99 Country Club Drive, Northbridge, MA 01588.

WHEREAS, the parties here to have reached a compromise regarding the above described controversy.

NOW, THEREFORE, the parties hereto, by their respective attorneys, hereunto duly authorized, do hereby stipulate and agree:

1. The Debtor is post-petition due March 1, 2019 to July 1, 2019 for payments of $2,529.39 each for a total of $12,646.95 and a post-petition suspense balance of $2,098.75. Therefore, the total amount of post-petition arrears is $10,548.20.

The Debtor agrees to cure the total amount of post-petition arrears by making the following payments:

| | |
|---|---|
| **August 15, 2019** | $1,758.05 |
| **September 15, 2019** | $1,758.03 |
| **October 15, 2019** | $1,758.03 |
| **November 15, 2019** | $1,758.03 |
| **December 15, 2019** | $1,758.03 |
| **January 15, 2020** | $1,758.03 |

The payments shall be in the form of good funds (bank check, certified funds, or a check drawn on Debtor's counsel's clients' trust fund account) and shall be made payable to BSI Financial Services, Inc. and **sent directly to** BSI Financial Services, Inc. at P.O. Box 679002, Dallas, TX 75267-9002 with the loan number written on the check. Payment will be considered made on such dates if the funds are received by BSI Financial Services, Inc. by the close of business on those dates.

2. Starting with the payment date August 1, 2019 through January 1, 2020, Debtor in addition to the payments required by paragraph 1 herein, shall timely make the regular monthly payments directly to BSI Financial Services, Inc. as required by the Note and Mortgage.

3. Please note that upon Debtor failure to make either a regular monthly payment under paragraph 2 or any payment under paragraph 1, U.S. Bank Trust National Association, As Trustee Of Bungalow Series F Trust or its attorney shall give written notice to the debtors and their counsel, of such failure to make timely payments pursuant to the stipulation and further advise that failure to make said payments within Seven Days after the date of such notice shall constitute a default under this stipulation.

4. **IF THE DEBTOR DEFAULTS UNDER THIS STIPULATION OR FAILS TO COMPLY WITH ANY OF THE TERMS STATED HEREIN, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST OR ITS ATTORNEY WILL FILE A NOTICE OF DEBTOR NON-COMPLIANCE WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS AND THEREAFTER, THE COURT MAY ENTER AN ORDER GRANTING U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST AND ITS SUCCESSORS AND ASSIGNS, RELIEF**

**FROM THE AUTOMATIC STAY AS TO THE REAL PROPERTY AT 99 COUNTRY CLUB DRIVE, NORTHBRIDGE, MA 01588. U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST AND ITS SUCCESSORS AND ASSIGNS WILL THEN BE FREE TO EXERCISE ITS RIGHTS PURSUANT TO THE NOTE AND MORTGAGE IN ACCORDANCE WITH APPLICABLE STATE AND FEDERAL LAW AND TO CONDUCT A FORECLOSURE SALE OF THE PROPERTY AND SUBSEQUENT EVICTION ACTION, IF NECESSARY.** [1]

5. No waiver by U.S. Bank Trust National Association, As Trustee Of Bungalow Series F Trust of any default shall operate as a waiver of any other default or of the same default on a future occasion.

6. This Stipulation and the terms contained herein shall become void and unenforceable by either party in the event that the Debtor's bankruptcy petition is converted to any other Chapter or dismissed for any reason or as a result of the motion of any party, including, but not limited to the Debtor.

| | |
|---|---|
| /s/ Jason J. Giguere | /s/ Richard S. Ravosa |
| Elizabeth M. Abood-Carroll, Esq. 569551 | Richard S. Ravosa |
| Jason Giguere, Esq. 667662 | Attorneys for Debtor |
| Matthew Dailey, Esq. 672242 | Massachusetts Bankruptcy Center |
| Patrick Martin, Esq. 669534 | One South Avenue |
| Tatyana P. Tabachnik, Esq. 673236 | Natick, MA 01760 |
| Orlans PC | (508) 315-6819 |
| Attorney for U.S. Bank Trust National Association, As Trustee Of Bungalow Series F Trust | Fax : (617) 720-1104 |
| PO Box 540540 | Email: massachusettsbankruptcycenter@gmail.com |
| Waltham, MA 02454 | |
| (781) 790-7800 | |
| Email: bankruptcyNE@orlans.com | |
| File Number: 16-006636 | |

---

[1] "Bold" and "All-Caps" per MLBR 13-16-2 (c).